THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION
(GREENBELT)

NIKITA BROWN                           )
9601 Tam O Shanter Drive               )
Upper Marlboro, MD 20772               )
                                       )
and                                    )
                                       )
BRET BROWN                             )
9601 Tam O Shanter Drive               )
Upper Marlboro, MD 20772               )
                                       )
                                       )
        Plaintiffs,                    )
                                       )
v.                                     )          CIVIL ACTION NO.
                                       )
MACY'S, INC.                           )          REMOVED FROM THE
MACY'S CORPORATE SERVICES, INC. )                 CIRCUIT COURT FOR
7 W. Seventh Street                    )          PRINCE GEORGE'S COUNTY
Cincinnati, OH 45202                   )
                                       )          Case No. CAL 14-14515
and                                    )
                                       )
M.A.C. COSMETICS, INC.                 )
7 Corporate Center Drive               )
Melville, NY 11747                     )
                                       )
and                                    )
                                       )
ESTEE LAUDER INC.                      )
7 Corporate Center Drive               )
Melville, NY 11747                     )
                                       )
and                                    )
                                       )
ESTEE LAUDER COSMETICS, LTD.           )
767 Fifth Avenue                       )
New York, NY 10153                     )
                                       )
and                                    )
                                       )
                                       )

```
                                              )
ESTEE LAUDER INTERNATIONAL, INC.)
7 Corporate Center Drive                      )
Melville, NY 11747                            )
                                              )
and                                           )
                                              )
Unknown Defendant                             )
Sales Representative ID #71496424             )
c/o M.A.C. COSMETICS, INC.                    )
7 Corporate Center Drive                      )
Melville, NY 10153                            )
                                              )
           Defendants.                        )
```

## NOTICE OF REMOVAL

COME NOW Defendants, M.A.C. Cosmetics, Inc. and Estee Lauder Inc. ("Defendants"), by and through their undersigned counsel, pursuant to 28 U.S.C. §§ 1441 and 1332, and hereby give notice of removal of this action to the United States District Court for the District of Maryland.  As grounds for this removal, Defendants state as follows:

## PROCEDURAL BACKGROUND

1.     On or about June 17, 2014, Plaintiffs Nikita Brown and Bret Brown (collectively, "Plaintiffs"), filed a Complaint ("Complaint") in the Circuit Court of Maryland for Prince George's County, captioned as *Nikita Brown, et al. v. Macy's, Inc., et al.*, Civil Action No. CAL 14-14515.

2.     This action is a civil action within this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one that may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (b).

3.     This Notice of Removal of this case to the United States District Court is filed by Defendants, within thirty (30) days after service of process upon them, and is therefore timely.  *See* 28 U.S.C. § 1446(b).

300386-1

4.      Written notice of the removal of this action has been given simultaneously to Plaintiffs' counsel and forwarded to the business addresses and agents of Macy's, Inc., Macy's Corporate Services, Inc., Estee Lauder Cosmetics, Ltd. and Estee Lauder International, Inc., as set forth in Plaintiffs' Complaint.  A copy of this Notice of Removal will be filed promptly with the clerk of the Circuit Court for Prince George's County in the form attached hereto and incorporated herein by reference as Exhibit A.

5.      This filing is made and executed by undersigned counsel pursuant to Fed. R. Civ. P. Rule 11.

6.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendants in said action are attached hereto and incorporated herein by reference as Exhibit B.

## PARTIES

7.      Plaintiffs are residents of the State of Maryland. *See* Complaint ¶ 1.

8.      Defendants M.A.C. Cosmetics, Inc., Estee Lauder Inc. and Estee Lauder International, Inc. are Delaware corporations with their principal places of businesses in New York.  None of them, at the time of commencement of said action or at any time thereafter, were citizens of the State of Maryland. *See* Complaint ¶¶ 3 and 4.

9.      Estee Lauder Cosmetics, Ltd. is incorporated in Canada and it has its principal place of business in Canada.  Neither at the time of commencement of said action nor at any time thereafter was it a citizen of the State of Maryland.

10.     Defendants Macy's, Inc. and Macy's Corporate Services, Inc. are New York corporations with their principal places of business in New York.  Defendants Macy's, Inc.

and Macy's Corporate Services, Inc. were not at the time of commencement of said action or at any time thereafter citizens of the State of Maryland. *See* Complaint ¶ 2.

11.     Defendant Unknown Defendant Sales Representative ID #71496424 is an improperly named party whose citizenship shall be disregarded pursuant to 28 U.S.C. §1441 (a).

## DIVERSITY JURISDICTION

12.     This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a).   Section 1332(a) provides in pertinent part as follows:

(a)     The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-

(1)     citizens of different States....

## AMOUNT IN CONTROVERSY

13.     Plaintiffs claim that Defendants were negligent and were in breach of warranty with regard to certain products supplied to Plaintiffs, which resulted in alleged bodily injuries and other damages. Plaintiffs seek judgment against Defendants in excess of $1,000,000.00. *See*, Complaint.   Thus, the amount in controversy in this matter exceeds the sum or value sufficient to invoke the jurisdiction of this Court, $75,000, exclusive of interest and costs.

§14.     Defendants Estee Lauder Cosmetics, Ltd. and Estee Lauder International, Inc. have not yet been served with the Complaint.

15.     Defendants Macy's, Inc. and Macy's Corporate Services, Inc. consent to the removal.

4

16.    Defendant Unknown Defendant Sales Representative ID #71496424 is an improperly named party and Plaintiffs' purported service upon it c/o M.A.C. Cosmetics, Inc. is not proper.

## VENUE

17.    Venue is proper because this district embraces the jurisdiction in which Plaintiffs initiated their lawsuit.

## NO ADMISSION

18.    No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmatives defenses and motions are hereby reserved by Defendants.

**WHEREFORE**, Defendants, M.A.C. Cosmetics, Inc. and Estee Lauder Inc., hereby remove the above-captioned action, which is now pending in the Circuit Court for Prince George's County, Maryland.

Date:  September 23rd, 2014

Respectfully submitted,

**M.A.C. COSMETICS, INC.
and ESTEE LAUDER INC.**

By counsel

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Christopher E. Hassell, Esquire
Craig L. Sarner, Esquire
1233 20th Street, N.W., 8th Floor
Washington, D. C. 20036
(202) 712-7000
(202) 712-7100 (Facsimile)
chassell@bonnerkiernan.com
csarner@bonnerkiernan.com
*Counsel for Defendants*
*M.A.C. COSMETICS, INC. and ESTEE LAUDER INC.*

5

300386-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 23rd day of September, 2014, via first class mail, postage prepaid, the original and one copy of the foregoing Notice of Removal was filed with the Clerk of the Court, and that a copy of the same was served upon:

Richard L. Gershberg, Esquire
Gershberg & Associates, LLC
11419 Cronridge Drive, Suite 7
Owings Mills, MD 21117
*Counsel for Plaintiffs*

Melissa Hoppmeyer, Esquire
Carr Maloney, P.C.
2000 L Street, N.W., Suite 450
Washington, DC  20036
*Counsel for Macy's*

ESTEE LAUDER COSMETICS, LTD.
767 Fifth Avenue
New York, NY 10153

ESTEE LAUDER INTERNATIONAL, INC.
7 Corporate Center Drive
Melville, NY 11747

Christopher E. Hassell, Esquire
Craig L. Sarner, Esquire
**BONNER KIERNAN TREBACH & CROCIATA, LLP**
1233 20th Street, N.W., 8th Floor
Washington, D. C. 20036
(202) 712-7000
(202) 712-7100 (Facsimile)
chassell@bonnerkiernan.com
csarner@bonnerkiernan.com

*Counsel for Defendants*
*M.A.C. COSMETICS, INC. and*
*ESTEE LAUDER INC.*

6

300386-1